NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NEW SUSHINE GROUP, LLC, and )
NEW YORK MART GROUP, INC., )
)
    Appellants, )
)
v. )    Case No.  2D17-1432
)              2D17-2051
SKKR TRADING, LLC d/b/a 38 LIVE BAIT )
)    CONSOLIDATED
    Appellee. )
_____)

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Manatee
County; Brian Iten, Judge.

Nicholas A. Shannin of Shannin Law Firm,
P.A., Orlando; and John Y. Benford of
Wilson Elser Moskowitz, et al, Orlando, for
Appellants.

David A. Wallace and Amanda R. Kison of
Bentley & Bruning, P.A., Sarasota, for
Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, KELLY, JJ., and LENDERMAN, JOHN C., ASSOCIATE SENIOR JUDGE,
Concur.